WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:   (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHLEEN McCOY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.:  C 09-5284 PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO  EXIT COURT SPONSORED ADR MEDIATION IN FAVOR OF PRIVATE MEDIATION<br><br>No hearing set or required. |

　　　　Counsel for the named parties, Plaintiff Cathleen McCoy and Defendant Standard Insurance Company ("Standard"), jointly and respectfully submit this Stipulation and Order for substitution of private mediation instead and in place of mediation under the auspices of the Court's ADR mediation program.

　　　　Local Civil Rule 7-12, Stipulations, provides:

　　　　Every stipulation requesting judicial action must be in writing signed by all affected parties or their counsel. A proposed form of order may be submitted with the stipulation and may consist of an endorsement on the stipulation of

the words, "PURSUANT TO STIPULATION, IT IS SO ORDERED," with spaces designated for the date and the signature of the Judge.

The parties respectfully assert that there is GOOD CAUSE for this request:

1. The parties' judgment is that chances of settlement are improved in this instance, if they mediate this case with a private mediator
2. The parties have identified a private mediator they have agreed to use.
3. The private mediator is willing to handle the mediation, and the parties, their respective counsel and the private mediator are available to schedule and complete private mediation by June 18, 2010, the current ADR deadline date set by the Court.  No extension of that date is requested.
4. The parties have agreed on their respective obligations to compensate the private mediator for mediating this matter.
5. The parties emphasize that their joint request to allow for private mediation in no way reflects any judgment on the capabilities of the Court-assigned mediator, but, rather, reflects only their judgment that, in this particular circumstance and case, private mediation with the mediator the parties have agreed to presents the best possibility of achieving settlement.
6. The ADR Mediator assigned by the Court has been contacted, advised of this request and does not object to this request.

So Stipulated:

Dated:  March 16, 2010

 s/Scott Kalkin
SCOTT KALKIN  120791
ROBOOSTOFF & KALKIN
A PROFESSIONAL LAW CORPORATION
369 Pine Street, Suite 610
San Francisco, CA 94104
Telephone:  (415) 732 0282
Facsimile:   (415)  732 0287
Email: robokalk@earthlink.net

Attorneys for Plaintiff
CATHLEEN McCOY

Dated:  March 16, 2010

s/Warren H. Nelson, Jr.
WARREN H. NELSON, JR.  104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:   (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March  19, 2010

_____
PHYLLIS J. HAMILTON, JUDGE
UNITED STATES DISTRICT COURT

